UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

                                    Plaintiff,

                    -against-

CITY OF NEW YORK; ISAMAR ALONZO
RAMOS; BARBARA ORDONEZ;
CATHERINE CHON; AND JANE DOE,

                                    Defendants.

Case No. 1:25-cv-04251 (JLR)

**ORDER OF SERVICE**

JENNIFER L. ROCHON, United States District Judge:

        Plaintiff brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants

violated his rights at the 47th Precinct in Bronx County, New York.  Plaintiff names as

Defendants the City of New York; New York City Police Department ("NYPD") Officers Isamar

Alonzo Ramos and Barbara Ordonez; NYPD Sergeant Catherine Chon; and a Jane Doe NYPD

officer.  By order dated June 4, 2025, the court granted Plaintiff's request to proceed without

prepayment of fees, that is, *in forma pauperis*.  Dkt. 6.

## A.      Waiver of service for the City of New York and NYPD Officers

        The Clerk of Court is respectfully directed to electronically notify the NYPD and the

New York City Law Department of this order.  The Court requests that Defendants City of New

York, Isamar Alonzo Ramos, and Barbara Ordonez waive service of summons.

## B.      Jane Doe NYPD Officer and *Valentin* Order

        Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court

in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997).  In the complaint, Plaintiff supplies

sufficient information to permit the NYPD to identify NYPD Officer Jane Doe.  It is therefore

ordered that the New York City Law Department, which is the attorney for and agent of the

NYPD, must ascertain the identity and badge number of the Jane Doe defendant whom Plaintiff seeks to sue here and the address where this defendant may be served.[1]  The Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the Jane Doe defendant.  The amended complaint will replace, not supplement, the original complaint.  An amended complaint form that Plaintiff should complete is attached to this order.  Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking the newly named Defendant to waive service.

## CONCLUSION

The Clerk of Court is respectfully directed to electronically notify the NYPD and the New York City Law Department of this order.  The Court requests that Defendants City of New York, Isamar Alonzo Ramos, and Barbara Ordonez waive service of summons and that the New York City Law Department respond as directed in the *Valentin* order.

The Clerk of Court is further directed to mail an information package to Plaintiff.

Dated:    June 26, 2025
          New York, New York              SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

---

[1] If the Jane Doe defendant is a former NYPD employee or official, the Law Department should note in the response to this order, or in the Waiver of Service Unexecuted, that an electronic request for a waiver of service cannot be made under the e-service agreement for cases involving NYPD defendants and provide an address where this individual may be served.