UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHEED AHMAD,

                Plaintiff,

-against-

CITY OF NEW YORK; ISAMAR ALONZO RAMOS; BARBARA ORDONEZ; CATHERINE CHON; AND JANE DOE,

                Defendants.

Case No. 1:25-cv-04251 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the City's motion to hold in abeyance its obligation to answer or otherwise respond to the Complaint until Plaintiff amends to name Officer Katherin Martinez, and to *sua sponte* grant corresponding relief for Defendants Cho, Ramos, and Ordonez. Dkt. 14. The Court GRANTS the request. The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the address listed on the docket.

Dated:    June 26, 2025
             New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge