UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEED AHMAD,<br><br>                              Plaintiff,<br><br>            -against-<br><br>CITY OF NEW YORK, ISAMAR ALONZO RAMOS, BARBARA ORDONEZ, CATHERINE CHO, AND JANE DOE,<br><br>                              Defendants. | Case No. 1:25-cv-04251 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On June 27, 2025, the Court issued an Order requiring Plaintiff to file an amended complaint naming the Jane Doe Defendant within 30 days of receiving the Defendant's identity from the City. Dkt. 8. The Jane Doe Defendant officer was identified as Katherin Martinez on August 26, 2025. Dkt. 13. On September 11, 2025, the Court then granted an Defendant's motion to hold in abeyance its obligation to answer until the Plaintiff amends his complaint to name Katherin Martinez and *sua sponte* granted corresponding relief for Defendants Cho, Ramos, and Ordonez.  Dkt. 15.

Based on the Court's June 27, 2025 Order, Plaintiff was required to file an amended complaint by September 25, 2025, naming Officer Katherin Martinez as a defendant, but he did not do so.  As a courtesy, the Court will GRANT Plaintiff an extension the time to file an amended complaint until **November 7, 2025**.  Failure to comply with the Court's orders and amend the Complaint could result is dismissal of claims against Katherin Martinez, the Jane Doe defendant.

2

      The Clerk of the Court is respectfully directed to mail this Order to Plaintiff at the address listed on the docket.

Dated: October 8, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge