UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

                                Plaintiff,

                -against-                                    Case No. 1:25-cv-04251 (JLR)

THE CITY OF NEW YORK, et al.,                               **ORDER**

                                Defendants.

JENNIFER L. ROCHON, United States District Judge:

On June 27, 2025, the Court issued an Order requiring Plaintiff to file an amended complaint naming the Jane Doe Defendant within 30 days of receiving the Defendant's identity from the City. Dkt. 8. The Jane Doe Defendant officer was identified as Katherin Martinez on August 26, 2025. Dkt. 13. On September 11, 2025, the Court then granted Defendant New York City's motion to hold in abeyance its obligation to answer until the Plaintiff amends his complaint to name Katherin Martinez and *sua sponte* granted corresponding relief for Defendants Cho, Ramos, and Ordonez. Dkt. 15.

Plaintiff did not file his amended complaint within 30 days of August 26, 2025, as required. As a courtesy, on October 8, 2025, the Court extended Plaintiff's deadline to file his amended complaint to November 7, 2025. Dkt. 16. Plaintiff has again failed to file his amended complaint by the required deadline of November 7, 2025.

The Court will GRANT Plaintiff a final extension of the time to file an amended complaint to **December 15, 2025**. This will be the last extension. If Plaintiff fails to file an amended complaint naming Katherin Martinez, the Court will dismiss the claims against her and the case will proceed with the original complaint. The Clerk of the Court is respectfully directed to mail this Order to Plaintiff at the address listed on the docket.

Dated: December 2, 2025
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge