UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

                       Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.

Case No. 1:25-cv-04251 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Clerk of the Court is respectfully directed to docket Plaintiff's proposed amended

complaint attached to the filing at Dkt. 19 as Plaintiff's Amended Complaint.

Dated: February 2, 2026
       New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*

                            JENNIFER L. ROCHON
                            United States District Judge