UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

                            Plaintiff,

            -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.

Case No. 1:25-cv-04251 (JLR)

**ORDER OF SERVICE**

JENNIFER L. ROCHON, United States District Judge:

On February 3, 2026, the Court directed the Clerk of Court to docket Plaintiff Rasheed Ahmad's ("Plaintiff") Amended Complaint. Dkt. 22. Plaintiff's Amended Complaint was docketed at Dkt. 23. In his Amended Complaint, Plaintiff names one new defendant, Katherin Martinez. *Id.* The City provided the following address for Defendant Martinez: New York City Police Department, 4111 Laconia Avenue, Bronx, New York, 10466. *See* Dkt. 13.

The Clerk of Court is directed to issue an Amended Summons as to Defendant Martinez, and the Clerk of Court is respectfully directed to complete the USM-285 forms with the address for Defendant Martinez, *see* Dkt. 13, and deliver all documents necessary to effect service to the U.S. Marshals Service. If the Amended Complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:  February 4, 2026
        New York, New York

                            SO ORDERED.

                            _Jennifer Rochon_
                            JENNIFER L. ROCHON
                            United States District Judge